IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYE AYE KYI,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF,<br><br>    Defendant.<br>_____ / | No. C 08-03383 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on December 5, 2008 on Defendant Michael Chertoff's motion for summary judgment. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than October 1, 2008 and a reply brief shall be filed by no later than October 8, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 16, 2008

                                                    JEFFREY S. WHITE<br>
                                                  UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California