1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-6730
6       FAX: (415) 436-7169
        Melanie.Proctor@usdoj.gov
7
   Attorneys for Defendants
8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

| | | |
|---|---|---|
| AYE AYE KYI, | ) | No. C 08-3383 JSW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JOINT MOTION TO BE EXCUSED FROM THE FORMAL ADR PROCESS; ~~PROPOSED~~ ORDER |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

18    Each of the undersigned certifies that he or she has read either the handbook entitled
19 "Dispute Resolution Procedures in the Northern District of California," or the specified portions of
20 the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute
21 resolution options provided by the court and private entities, and considered whether this case might
22 benefit from any of them.
23    Here, the parties agree that referral to a formal ADR process will not be beneficial because
24 this mandamus action is limited to Plaintiff's request that this Court review de novo her
25 naturalization application, compel Defendants to rescind her lawful permanent resident status, and
26 approve her second adjustment of status application. Given the substance of the action and the lack
27 of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily
28 tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be

JOINT MOTION RE: ADR
No. C 08-3383 JSW

removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: October 1, 2008            Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

      /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: October 1, 2008            /s/
JUSTIN WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 1, 2008

JEFFREY S. WHITE
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT MOTION RE: ADR
No. C 08-3383 JSW        2