IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AYE AYE KYI,

    Plaintiff,                       No. C 08-03383 JSW

  v.

MICHAEL CHERTOFF,                **SECOND ORDER SETTING BRIEFING SCHEDULE ON REPLY PAPERS**

    Defendant.
_____/

       This matter is set for a hearing on December 5, 2008 on the cross-motions for summary judgment. The Court HEREBY ORDERS that a reply in support of Plaintiff's motion shall be filed by no later than October 17, 2008.

       If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

       **IT IS SO ORDERED.**

Dated: October 10, 2008

                                                                    JEFFREY S. WHITE
                                                                    UNITED STATES DISTRICT JUDGE