JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169
    Melanie.Proctor@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AYE AYE KYI, | ) | No. C 08-3383 JSW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO VACATE CMC; |
| | ) | ~~PROPOSED~~ ORDER |
| MICHAEL CHERTOFF, Secretary, | ) | |
| Department of Homeland Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

///

///

///

///

///

///

///

///

///

///

///

///

STIPULATION
No. C 08-3383 JSW

1    Dispositive motions on this case have been fully briefed, and will be heard by the Court on

2    December 5, 2008. The parties do not have any disputes that would be resolved at a Case

3    Management Conference; accordingly, the parties hereby stipulate, subject to approval of the Court,

4    to VACATE the Case Management Conference scheduled for November 7, 2008.

5    Dated: October 31, 2008                    Respectfully submitted,

6                                               JOSEPH P. RUSSONIELLO
                                                United States Attorney
7

8                                              _____/s/_____
                                               MELANIE L. PROCTOR[1]
9                                              Assistant United States Attorney
                                               Attorneys for Defendants
10

11
     Dated: October 31, 2008                   _____/s/_____
12                                             JUSTIN WANG
                                               Attorney for Plaintiff
13

14                                ORDER

15

16    Pursuant to stipulation, IT IS SO ORDERED. The Case Management Conference scheduled

17   for November 7, 2008, is hereby VACATED. The Joint Case Management Statement and Proposed

18   Order are hereby adopted by the Court as the Case Management Order for the case.

19

20   Dated:   November 3, 2008

21                                             _____
                                               JEFFREY S. WHITE
22                                             United States District Judge

23

24

25

26

27   _____

28       [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
     signatures indicated by a "conformed" signature (/S/) within this efiled document.

     STIPULATION
     No. C 08-3383 JSW                          2